Date: 05/06/11

# DIVIDENDS REMITTED TO THE COURT

# 152315

Page: 1

Case Number 09-19223 - SABIN JR, RAYMOND H

| Creditor | Claim No. | | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| **Watt Printers**<br>**4544 Hinckley Industrial Prky**<br>**Cleveland, OH 44109** | 000003 | *Ck No 108* | 215.50 | 3.61 |
| **Drs. Hill & Thomas Co**<br>**PO Box 643026**<br>**Cincinnati, OH 45264**<br>(16-1) 580790 | 000016 | *Ck No 120* | 66.00 | 1.11 |
| **Dominion East Ohio**<br>**PO Box 26785**<br>**Richmond, VA 23261-6785**<br>(17-1) Gas Bill | 000017 | *Ck No 121* | 72.86 | 1.22 |

---------- Remittance Total -------------

354.36    5.94

TRUSTEE VIRGIL E. BROWN, JR, Trustee

2011 MAY -9
NORTHERN DIST.
CLEVELA
OHIO